# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARRON DRIVE APARTMENTS LP | : |
|   c/o JPRowley Law PLLC | : |
|   1701 Pennsylvania Avenue, N.W. | : |
|   Suite 200 | : |
|   Washington, D.C.  20006 | : |
|  | : |
| and | : |
|  | : |
| STEPHEN MILLER | : |
|   c/o JPRowley Law PLLC | : |
|   1701 Pennsylvania Avenue, N.W. | :   Civil Action No. _____ |
|   Suite 200 | : |
|   Washington, D.C.  20006 | : |
|  | : |
|             *Plaintiffs,* | : |
|        v. | : |
|  | : |
| UNITED STATES HOUSE OF REPRESENTATIVES | : |
| SELECT COMMITTEE TO INVESTIGATE | : |
| THE JANUARY 6TH ATTACK ON THE | : |
| UNITED STATES CAPITOL | : |
| Longworth House Office Building | : |
| Washington, D.C.  20515 | : |
|  | : |
| BENNIE G. THOMPSON, in his official capacity as | : |
| Chairman of the House Select Committee to | : |
| Investigate the January 6th Attack | : |
| on the United States Capitol, | : |
| Longworth House Office Building | : |
| Washington, D.C.  20515 | : |
|  | : |
|             Defendants. | : |
|  | : |

**REQUEST FOR SUMMONS TO ISSUE**

Counsel for Plaintiff respectfully requests issuance of the Summons filed herewith to the named Defendants, as well as to the United States Attorney General and the United States Attorney for the District of Columbia.

March 9, 2022

Respectfully submitted,

*/s/ John P. Rowley III*
John P. Rowley III
JPROWLEY LAW PLLC
DC Bar No. 392629
1701 Pennsylvania Avenue, NW, Suite 200
Washington DC 20006
john.rowley@jprowleylaw.com
Telephone: 202 525 6674

*Counsel for Plaintiffs Carron Drive Apartments LP and Stephen Miller*