# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARRON DRIVE APARTMENTS LP <br>   c/o JPRowley Law PLLC <br>   1701 Pennsylvania Avenue, N.W. <br>   Suite 200 <br>   Washington, D.C.  20006 <br><br> and <br><br> STEPHEN MILLER <br>   c/o JPRowley Law PLLC <br>   1701 Pennsylvania Avenue, N.W. <br>   Suite 200 <br>   Washington, D.C.  20006 <br><br>         *Plaintiffs,* <br>     v. <br><br> UNITED STATES HOUSE OF REPRESENTATIVES <br> SELECT COMMITTEE TO INVESTIGATE <br> THE JANUARY 6TH ATTACK ON THE <br> UNITED STATES CAPITOL <br> Longworth House Office Building <br> Washington, D.C.  20515 <br><br> BENNIE G. THOMPSON, in his official capacity as <br> Chairman of the House Select Committee to <br> Investigate the January 6th Attack <br> on the United States Capitol, <br> Longworth House Office Building <br> Washington, D.C.  20515 <br><br>         Defendants. | Civil Action No. _____ |

**Certificate Required by LCvR 26.1 of the Local Rules**
**of the United States District Court for the District of Columbia**

I, the undersigned, counsel of record for Carron Drive Apartments LP, certify that to the best of my knowledge and belief, that there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Carron Drive Apartments LP which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

March 9, 2022

Respectfully submitted,

<u>/s/ John P. Rowley III</u>
John P. Rowley III
JPROWLEY LAW PLLC
DC Bar No. 392629
1701 Pennsylvania Avenue, NW, Suite 200
Washington DC 20006
john.rowley@jprowleylaw.com
Telephone: 202 525 6674

*Counsel for Plaintiff Carron Drive Apartments LP*