CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Carron Drive Apartments LP and Stephen Miller
    Plaintiff(s)

vs.

Civil Action No. 1:22-cv-641 CJN

United States House of Representatives Select Committee to Investigate the January 6th Attack on the United States Capitol, et al
    Defendant(s)

## AFFIDAVIT OF MAILING

I, __John P. Rowley III__, hereby state that:

On the __1st__ day of __June__, __2022__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

    Honorable Merrick B. Garland
    United States Attorney General
    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington D.C. 20530-0001

I have received the receipt for the certified mail, No. __7021 0950 0002 0300 0799__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __6th__ day of __June__, __2022__.

I declare under penalty of perjury that the foregoing is true and correct.

__June 7, 2022__
(Date)

_/s/ John P. Rowley_
(Signature)



# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70210950000203000799

Remove ✕

Your item was picked up at a postal facility at 4:49 am on June 6, 2022 in WASHINGTON, DC 20530.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

June 6, 2022 at 4:49 am
WASHINGTON, DC 20530

Feedback

Get Updates ⌄

Text & Email Updates ⌄

Return Receipt Electronic ⌄

Tracking History ⌃

June 6, 2022, 4:49 am
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
Your item was picked up at a postal facility at 4:49 am on June 6, 2022 in WASHINGTON, DC 20530.

June 5, 2022, 9:33 am
Available for Pickup
WASHINGTON, DC 20530

June 5, 2022, 8:55 am
Arrived at Hub
WASHINGTON, DC 20018

June 4, 2022
In Transit to Next Facility

June 2, 2022, 10:58 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

June 1, 2022, 8:01 pm
Departed USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

June 1, 2022, 3:43 pm
Arrived at USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

June 1, 2022, 2:17 pm
Departed USPS Facility
SPRINGFIELD, VA 22152

June 1, 2022, 12:27 pm
USPS in possession of item
SPRINGFIELD, VA 22152

**USPS Tracking Plus®**  ⌄

**Product Information**  ⌄

See Less ∧

Feedback