CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Carron Drive Apartments LP and Stephen Miller
    Plaintiff(s)

vs.

Civil Action No. 1:22-cv-641 CJN

United States House of Representatives Select Committee to Investigate the January 6th Attack on the United States Capitol, et al
    Defendant(s)

## AFFIDAVIT OF MAILING

I, __John P. Rowley III__, hereby state that:

On the __1st__ day of __June__, __2022__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

    Honorable Bennie G. Thompson, Chairman
    United States House of Representatives Select Committee
     to Investigate the January 6th Attack on the United States Capitol
    c/o Douglas N. Letter, Esq.
    United States House of Representatives, Office of General Counsel
    5140 O'Neill House Office Building
    Washington DC 20515

I have received the receipt for the certified mail, No. __7021 0950 0002 0300 0782__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __6th__ day of __June__, __2022__.

I declare under penalty of perjury that the foregoing is true and correct.

June 7, 2022
(Date)

_/s/ John P. Rowley_
(Signature)



# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70210950000203000782

Remove ✕

Your item was delivered to an individual at the address at 6:48 am on June 6, 2022 in WASHINGTON, DC 20515.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Left with Individual

June 6, 2022 at 6:48 am
WASHINGTON, DC 20515

Get Updates ⌄

---

Text & Email Updates ⌄

---

Return Receipt Electronic ⌄

---

Tracking History ⌃

June 6, 2022, 6:48 am
Delivered, Left with Individual
WASHINGTON, DC 20515
Your item was delivered to an individual at the address at 6:48 am on June 6, 2022 in WASHINGTON, DC 20515.

June 5, 2022, 9:38 am
Available for Pickup

June 5, 2022, 5:28 am
Arrived at Hub
WASHINGTON, DC 20018

June 4, 2022
In Transit to Next Facility

June 2, 2022, 10:58 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

June 1, 2022, 7:59 pm
Departed USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

June 1, 2022, 3:43 pm
Arrived at USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

June 1, 2022, 2:17 pm
Departed USPS Facility
SPRINGFIELD, VA 22152

June 1, 2022, 12:24 pm
USPS in possession of item
SPRINGFIELD, VA 22152

Feedback

**USPS Tracking Plus®**                                         ⌄

**Product Information**                                         ⌄

See Less ∧