CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Carron Drive Apartments LP and Stephen Miller
      Plaintiff(s)

Civil Action No. 1:22-cv-641 CJN

vs.

United States House of Representatives Select Committee to
Investigate the January 6th Attack on the United States Capitol, et al
      Defendant(s)

### AFFIDAVIT OF MAILING

I,   John P. Rowley III   , hereby state that:

On the 1st day of June , 2022 , I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

Honorable Matthew M. Graves
United States Attorney for the District of Columbia
United States Attorney's Office
555 4th Street, NW
Washington D.C. 20530

Attention: Civil Process Clerk

I have received the receipt for the certified mail, No. 7021 0950 0002 0300 0812

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the 6th day of June , 2022 .

I declare under penalty of perjury that the foregoing is true and correct.

June 7, 2022
(Date)

(Signature)



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| $ | $0.00 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $ $1.85
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage
$ $2.16

Total Postage and Fees
$ $7.76

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

0224
06

Postmark
Here

JUN - 1 2022

06/01/2022

7021 0950 0002 0300 0612

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs ›

## Track Another Package  +

**Tracking Number:** 70210950000203000812

Remove ✕

Your item was picked up at a postal facility at 4:49 am on June 6, 2022 in WASHINGTON, DC 20530.

**USPS Tracking Plus® Available** ⌄

## ✅ **Delivered, Individual Picked Up at Postal Facility**

June 6, 2022 at 4:49 am
WASHINGTON, DC 20530

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                                      ⌄

---

**Return Receipt Electronic**                                                  ⌄

---

**Tracking History**                                                           ⌃

June 6, 2022, 4:49 am
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
Your item was picked up at a postal facility at 4:49 am on June 6, 2022 in WASHINGTON, DC 20530.

June 5, 2022, 9:33 am
Available for Pickup
WASHINGTON, DC 20530

**June 5, 2022, 8:55 am**
Arrived at Hub
WASHINGTON, DC 20018

**June 4, 2022**
In Transit to Next Facility

**June 2, 2022, 10:58 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**June 1, 2022, 7:59 pm**
Departed USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

**June 1, 2022, 3:43 pm**
Arrived at USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

Feedback

**June 1, 2022, 2:17 pm**
Departed USPS Facility
SPRINGFIELD, VA 22152

**June 1, 2022, 12:25 pm**
USPS in possession of item
SPRINGFIELD, VA 22152



**USPS Tracking Plus®** ⌄

**Product Information** ⌄

**See Less** ⌃