IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARRON DRIVE APARTMENTS LP et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL et al.,<br><br>*Defendants*. | No. 1:22-CV-00641-CJN |

**MOTION TO EXTEND TIME
FOR DEFENDANTS TO RESPOND**

Pursuant to Local Rule 7 and the Court's Standing Order for Civil Cases (ECF 5), Defendants, the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol and the Honorable Bennie G. Thompson, respectfully move for an extension of time to respond to Plaintiffs' Complaint.

Plaintiffs Carron Drive Apartments LP and Stephen Miller filed their Complaint (ECF 1) on March 9, 2022. Pursuant to Federal Rule of Civil Procedure 12(a)(3), the response to Plaintiffs' Complaint is due on August 5, 2022, 60 days after service of the summons and complaint on the U.S. Attorney. *See* ECF 9; *see also* Fed. R. Civ. P. 12(a)(3). Defendants now seek a brief, seven day extension, until August 12, 2022, to file a motion to dismiss under Federal Rule of Civil Procedure 12(b).

The Select Committee has recently determined that it intends to file a motion to dismiss in this case, and due to the press of other business additional time is needed in order to prepare the filing. There are no existing deadlines that will be affected by the granting of this motion.

Pursuant to Local Rule 7(m), counsel for the Defendants contacted Plaintiffs' counsel at 2:49PM today via email and have not heard back.

                                                Respectfully submitted,

                                                /s/ *Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
*General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Eric R. Columbus (D.C. Bar No. 487736)
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

*Counsel for Defendants*

August 1, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

                                            */s/ Douglas N. Letter*
                                            Douglas N. Letter