# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARRON DRIVE APARTMENTS LP<br><br>and<br><br>STEPHEN MILLER,<br><br>   *Plaintiffs*,<br><br>v.<br><br>UNITED STATES HOUSE OF REPRESENTATIVES SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL<br><br>and<br><br>BENNIE G. THOMPSON<br><br>   *Defendants*. | No. 1:22-cv-00641-CJN |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendants' Motion to Dismiss, any opposition thereto, and the entire record herein, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**;

and it is further

**ORDERED** that Plaintiffs' claims against the Defendants are **DISMISSED WITH PREJUDICE**.

  **SO ORDERED.**

Dated: _____

                _____
                THE HONORABLE CARL J. NICHOLS
                United States District Judge