# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARRON DRIVE APARTMENTS LP, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 1:22-cv-00641-CJN |
| | ) |
| UNITED STATES HOUSE OF REPRESENTATIVES SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, *et al.*, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of John S. Irving of E&W Law, LLC as counsel for Plaintiff Carron Drive Apartments LP and Stephen Miller in the above-referenced matter.

Dated: September 2, 2022                             Respectfully Submitted,

                                                              E&W Law, LLC

                                                              _____/s/ John S. Irving_____
                                                              John S. Irving (D.C. Bar No. 460068)
                                                              1455 Pennsylvania Avenue, N.W., Suite 400
                                                              Washington, D.C. 20004
                                                              Telephone: (301) 807-5670
                                                              Email: john.irving@earthandwatergroup.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of June 2022, a copy of the foregoing Notice of Appearance was served via the Court's CM/ECF system on all properly registered parties and counsel.

                                                                /s/ John S. Irving
                                        John S. Irving (D.C. Bar No. 460068)