IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARRON DRIVE APARTMENTS L, et al. | : |
|  | : |
| *Plaintiffs,* | : |
|  | : |
| v. | : |
|  | : |
| UNITED STATES HOUSE OF REPRESENTATIVES | : |
| SELECT COMMITTEE TO INVESTIGATE | : |
| THE JANUARY 6TH ATTACK ON THE | : |
| UNITED STATES CAPITOL, et al, | : |
|  | : |
| Defendants. | : |

**PLAINTIFFS' MOTION TO EXTEND TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to Local Rule 7 and the Court's Standing Order for Civil Cases (ECF 5), Plaintiffs Carron Drive Apartments LP and Stephen Miller, by and through counsel, respectfully move for an extension of time to respond to Defendants' Motion to Dismiss, stating in support thereof as follows: .

1.      On March 9, 2022, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief (ECF 1) which challenged the propriety and lawfulness of a subpoena the U.S. House Select Committee to Investigate the January 6 Attack on the U.S. Capitol ("Select Committee") issued on February 22, 2022 to T-Mobile. The subpoena sought records from a "family plan" phone account subscribed to by Plaintiff Carron Drive Apartments LP, and for which Plaintiff Stephen Miller is a user of the cell phone number assigned to the family plan account. Defendants' response to the Complaint was due on August 5, 2022, sixty (60) days after service of the summons and complaint on the U.S. Attorney (ECF 9).

1

2. On August 1, 2022, Defendants filed a Motion to Extend Time (ECF 11) for an extension to August 12, 2022 for the filing of their Motion to Dismiss the Complaint. As grounds for their motion, Defendants represented that "due to the press of other business additional time is needed to prepare the filing." Plaintiffs agreed to the request and, on August 3, 2022, this Court entered an Order granting Defendants an extension to August 12, 2022.

3. On August 12, 2022, Defendants filed their Motion to Dismiss (ECF 12). On August 19, 2022, Plaintiffs requested that Defendants agree to an extension of time to September 16, 2022, for their response to the Motion to Dismiss. Defendants agreed to that request.

4. On September 2, 2022, pursuant to Fed.R.Civ.P. 15 (a)(1) and LCvR 15.1 and within twenty-one (21) days after service of the Motion to Dismiss, Plaintiffs filed an Amended Complaint (ECF 14) which included a detailed recitation of the extensive cooperation that Plaintiff Stephen Miller had provided to the Select Committee since it had issued its subpoena to T-Mobile on February 22, 2022. That cooperation included an 8-hour deposition, as well as the production of hundreds of pages of documents and text messages associated with his T-Mobile cell phone number that were collected from his electronic devices with the assistance of a forensic expert hired by his undersigned counsel. In their Amended Complaint, Plaintiffs further asserted that Mr. Miller's cooperation with the Select Committee strengthened Plaintiffs' claims for relief and rendered any new information that might be obtained by the subpoena to T-Mobile irrelevant or unrelated to the matter under investigation.

5. On September 16, 2022, Defendants filed a Motion to Dismiss the Amended Complaint (ECF 16). On September 20, 2022, Plaintiffs requested that Defendants agree to an extension of time to November 3, 2022, for the filing of their opposition to the Motion to

Dismiss. On September 21, 2022, Defendants advised Plaintiffs that they would agree to a two-week extension to October 14, 2022, but not to the full extension requested by Plaintiffs.

4. Plaintiffs sought the extension to November 3, 2022 for the same reason that Defendants had previously asked for an extension: the "press of other business" and the absence of any existing deadlines that would be affected. Plaintiffs' counsel are representing clients in a number of other January 6th related matters, including (Rowley and Irving) *United States v. Peter Navarro* (Case No. 1:22-cr-00200-APM), which is scheduled to commence trial on November 16, 2022. Counsel are diligently representing their clients in this and other matters but they have a number of obligations and deadlines that will coincide in October, 2022.

5. The extension requested by Plaintiffs aligns with those the undersigned counsel had agreed to, at Defendants' requests, in *Cleta Mitchell v. U.S. House Select Committee to Investigate the January 6th Attack on the U.S. Capitol* (Case No. 1:22-cv-00250). That case, like the present one, challenges the Select Committee's issuance of a subpoena to plaintiff's cell phone company (AT&T). At the request of Defendants, the undersigned agreed in *Mitchell* to four (4) consent motions to extend the time for Defendants' response to the complaint. The agreed extensions in *Mitchell* collectively total 114 days. Most recently, on September 16, 2022, the undersigned agreed at Defendants' request to a 45-day extension until November 3, 2022, to respond to Ms. Mitchell's complaint.

6. Due to the "press of other business" presented by counsel's representation of clients in other cases, the fact that there are no existing deadlines that will be affected by the granting of this motion, and the professional courtesies shown by counsel to the Defendants in this case and the related *Mitchell* case, Plaintiffs submit that they have demonstrated good cause for the granting of this motion.

7. Pursuant to Local Rule 7(m), the undersigned counsel represent to this Court that Defendants have consented to an extension to October 14, 2022, but otherwise object to this motion.

WHEREFORE, Plaintiffs Carron Drive Apartments LP and Stephen Miller respectfully request that this Court enter an order extending to November 3, 2022 the time for the filing of their response to Defendants' Motion to Dismiss the Amended Complaint.

Dated: September 30, 2022                                   Respectfully submitted,

JPROWLEY LAW PLLC

*/s/ John P. Rowley III*
John P. Rowley III
DC Bar No. 392629
1701 Pennsylvania Avenue, NW
Suite 200
Washington DC 20006
Telephone: 202 525 6674
Email: john.rowley@jprowleylaw.com


MCGLINCHEY STAFFORD PLLC

*/s/ Robert Neil Driscoll*
Robert Neil Driscoll
DC Bar No. 486451
1275 Pennsylvania Avenue, NW
Suite 420
Washington, DC 20004
Telephone: 202 802 9950
Email: rdriscoll@mcglinchey.com

        E&W LAW, LLC

        /s/ John S. Irving_____
        John S. Irving (D.C. Bar No. 460068)
        1455 Pennsylvania Avenue, N.W.
        Suite 400
        Washington, D.C. 20004
        Telephone: 301 807 5670
        Email: john.irving@earthandwatergroup.com

        *Counsel for Plaintiff Carron Drive Apartments LP*
        *and Plaintiff Stephen Miller*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of September 2022, a copy of the foregoing Plaintiffs' Motion to Extend Time to Respond to Defendants' Motion to Dismiss, and proposed Order, were served via the Court's CM/ECF system on all properly registered parties and counsel.

        _____/s/ John P. Rowley III_____
        John P. Rowley III (D.C. Bar No. 392629)