IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARRON DRIVE APARTMENTS L, et al.

   *Plaintiffs,*

  v.

UNITED STATES HOUSE OF REPRESENTATIVES
SELECT COMMITTEE TO INVESTIGATE
THE JANUARY 6TH ATTACK ON THE
UNITED STATES CAPITOL, et al,

   Defendants.

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
TO EXTEND TIME FOR RESPONDING TO DEFENDANTS'
MOTION TO DISMISS AMENDED COMPLAINT**

  It is ORDERED that the motion of Plaintiffs Carron Drive Apartments LP and Stephen Miller for an extension of time to respond to Defendants' Motion to Dismiss the Amended Complaint is GRANTED.

  The date for Plaintiffs' response to Defendants' Motion to Dismiss the Amended Complaint is hereby extended to November 3, 2022.

  It is so ORDERED.


Dated: October ___, 2022        _____
                  Judge Carl J. Nichols
                  U.S. DISTRICT COURT JUDGE