IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARRON DRIVE APARTMENTS LP, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 1:22-cv-00641-CJN |
| | ) |
| UNITED STATES HOUSE OF REPRESENTATIVES SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs Carron Drive Apartments LP and Stephen Miller.

Dated: October 14, 2022                    Respectfully submitted,

/s/Robert N. Driscoll
Robert N. Driscoll (DC Bar #486451)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Tel: (202) 802-9950
Fax: (202) 403-3870
rdriscoll@mcglinchey.com
*Counsel for Plaintiffs Carron Drive Apartments LP and Stephen Miller*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served on this 14th day of October, 2022 through the Court's CM/ECF system, which will send notification of this filing to all counsel of record.

                                          /s/Robert N. Driscoll
                                          Robert N. Driscoll (DC Bar #486451)
                                          *Counsel for Plaintiffs Carron Drive Apartments LP and Stephen Miller*