# Exhibit A

**From:** Tonolli, Sean
**Sent:** Friday, October 21, 2022 10:21 AM
**To:** DaCunha, Alyssa
**Subject:** RE: Select Committee - New Subpoena

Good morning Alyssa,

I am writing to further follow up on the subpoena for phone records the Select Committee issued to T-Mobile on February 24, 2022.

With respect to the phone number 310-770-1175, included in Section B of the accompanying Schedule, I wrote previously to convey that the Select Committee was withdrawing the requests in Section A of the Schedule for T-Mobile to produce records or information related to Internet Protocol addresses.

The Select Committee is further withdrawing the requests in Section A for T-Mobile to produce records or information related to any telephone number on the account <u>other</u> than 310-770-1175 or any user on the account <u>other</u> than Stephen Miller.

For the avoidance of doubt, the Select Committee is not withdrawing any of the other requests in Section A.

Glad to discuss if you have any questions.

Best,
Sean