IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARRON DRIVE APARTMENTS LP, et al<br><br>Plaintiffs,<br>v.<br><br>U.S. HOUSE OF REPRESENTATIVES SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, et al.<br><br>Defendants. | Civil Action 1:22-cv-00641-CJN |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), and due to the withdrawal by the Chairman of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol of the subpoena issued to T-Mobile which sought information and records concerning a family cell phone plan for which Plaintiff Carron Drive Apartments, LP is the subscriber, the parties hereby agree and stipulate to a voluntary dismissal of this action without prejudice. The parties further agree and stipulate that they each will bear their own costs and legal fees incurred in this case.

December 13, 2022                Respectfully submitted,

JPROWLEY LAW PLLC

By:   */s/ John P. Rowley III*
       John P. Rowley III (DC Bar No. 392629)
       1701 Pennsylvania Avenue, N.W., Suite 200
       Washington D.C. 20006
       Telephone: (202) 525-6674
       john.rowley@jprowleylaw.com

1

MCGLINCHEY STAFFORD PLLC

By: */s/ Robert Neil Driscoll*
 Robert Neil Driscoll (D.C. Bar No. 486451)
 1275 Pennsylvania Avenue, N.W., Suite 420
 Washington, D.C. 20004
 Telephone: (202) 802-9950
 rdriscoll@mcglinchey.com


E&W LAW, LLC

By: */s/ John S. Irving*
 John S. Irving (D.C. Bar No. 460068)
 1455 Pennsylvania Avenue, N.W., Suite 400
 Washington, D.C. 20004
 Telephone: (301) 807-5670
 Email: john.irving@earthandwatergroup.com

*Counsel for Plaintiffs*


OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES

By: */s/ Douglas N. Letter*
 Douglas N. Letter (D.C. Bar No. 253492)
 *General Counsel*
 Todd B. Tatelman (VA Bar No. 66008)
 Eric R. Columbus (D.C. Bar No. 487736)
 5140 O'Neill House Office Building
 Washington, D.C. 20515
 (202) 225-9700
 Douglas.Letter@mail.house.gov

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of December 2022 a copy of the foregoing Motion was served via the Court's CM/ECF system on all properly registered parties and counsel.

    /s/ John P. Rowley III
John P. Rowley III (D.C. Bar No. 392629)